176 A.3d 214

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HASSAN E. BEY, DEFENDANT–PETITIONER.

C–371 September Term 2017
079585

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001872–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 215

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EDDIE J. MARTE, A/K/A MARTE EDUARDO,
DEFENDANT–PETITIONER.

C–373 September Term 2017
079597

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004377–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.